Lawrence J. Semenza, Esq.
Nevada Bar No. 789
LAWRENCE J. SEMENZA, LTD.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 369-6999
Facsimile: (702) 995-9036
Email: lsemenza@semenzalawfirm.com

*Attorneys for John Scott Abercrombie*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN SCOTT ABERCROMBIE,<br><br>　　　　　　　　　Defendant. | Case No. 2:21-mj-00154-EJY<br><br>**STIPULATION TO CONTINUE PETTY OFFENSE TRIAL**<br><br>**(FIRST REQUEST)** |

Trial in the above-entitled case is scheduled to commence August 11, 2021, at 9:00 a.m., and IT IS STIPULATED AND AGREED between Plaintiff, UNITED STATES OF AMERICA, by Christopher Chiou, Esq., Acting United States Attorney, and Rachel Kent, Esq., Special Assistant United States Attorney, and JOHN SCOTT ABERCROMBIE, Defendant, by and through his attorney, Lawrence J. Semenza, Esq., that the trial scheduled before the Court be vacated for a period of sixty (60) days.

///
///
///
///
///
///

This Stipulation is submitted to the Court to allow Defendant's counsel, Lawrence J. Semenza, Esq., adequate time to review the Discovery materials provided by the United States, conduct what investigation may be necessary and to provide suitable advice to Mr. Abercrombie, and if appropriate proceed to trial.

DATED this 9th day of August 2021.                DATED this 9th day of August 2021.

LAWRENCE J. SEMENZA, LTD.                         UNITED STATES ATTORNEY

/s/ Lawrence J. Semenza                            /s/ Rachel Kent
Lawrence J. Semenza, Esq.                          Rachel Kent, Esq.
3753 Howard Hughes Parkway, Suite 200              Special Assistant United States Attorney
Las Vegas, Nevada 89169                            501 Las Vegas Blvd. South, Ste. 1100
                                                   *Las Vegas, NV 89101*

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Petty Offense Trial scheduled for August 11, 2021 at 9:00 a.m. is vacated and rescheduled to October 20, 2021 at 9:00 a.m. in Courtroom 3D.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2021